NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH ANDREW SYKES JR.,  )
                                   )
        Appellant,  )
                                   )
v.  )        Case No. 2D18-167
                                   )
STATE OF FLORIDA,  )
                                   )
        Appellee.  )
_____ )

Opinion filed February 15, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.